# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JASON DAVID FLORY,

    Plaintiff,

vs.                                CIV 17-0457 WJ/KBM

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,

    Defendant.

## ORDER

    Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

    Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

---

[1] A separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58, will be entered.

DATED this 11th day of December, 2017.

BY THE COURT:

*[signature: Karen B Molzen]*
UNITED STATES CHIEF MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 10/16/2017*
STEPHANIE LYNN F. KILEY
Special Assistant United States Attorney

*Electronically submitted 10/16 /2017*
MICHAEL LIEBMAN
Attorney for Plaintiff