## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JASON FLORY,

       Plaintiff,

v.                                                         No.:  CIV 17-0457 WJ/KBM

ANDREW SAUL,[1]
Commissioner of Social
Security Administration,

       Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PF&RD") on May 7, 2020, recommending that the Court grant Plaintiff's Motion for Order Authorizing Attorney Fees Pursuant to 42 U.S.C. § 406(b). *Doc. 33.* In making this recommendation, the Magistrate Judge found that the requested attorney fee award of $8,113.00 was both appropriate and reasonable. *Id.* at 4. The PF&RD notifies the parties of their ability to file objections and that failure to do so waives appellate review. *Id.* at 5. To date, neither party has filed objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 33)* is **ADOPTED**;

---

[1] Andrew Saul was confirmed as Commissioner of Social Security on June 17, 2019, and he therefore is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).

2. Plaintiff's Motion for Order Authorizing Attorney Fees Pursuant to 42 U.S.C. § 406(b) (*Doc 31*) is **GRANTED**;

3. Plaintiff is awarded $8,113.00 in attorney fees under 42 U.S.C. § 406(b) to be paid to Laura Joellen Johnson, Managing Member of Michael Armstrong Law Office, LLC, by the Social Security Administration; and

4. Plaintiff should receive, as a refund, the EAJA fee previously awarded in the amount of $4,600.00, or, if applicable, only such portion of the EAJA fee not subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).

_____
CHIEF UNITED STATES DISTRICT JUDGE